UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY,<br><br>      Petitioner,<br><br> - against -<br><br>SWISS RE LIFE & HEALTH AMERICA INC., as administrator for The Lincoln National Life Insurance Company,<br><br>      Respondent. | **ORDER**<br><br>21-mc-467 |

PAUL G. GARDEPHE, U.S.D.J.:

    Petitioner's motion to seal Exhibit 3 (see Dkt. No. 1) is granted for a period of seven days. After that time, any application for continued sealing should be addressed to either the current Part I judge or the judge ultimately assigned to this matter. With regard to Respondent's supplemental motion (see Dkt. No. 11), Respondent is directed to make an application to the current Part I judge for any new relief sought.

Dated: New York, New York
    June 15, 2021

                        SO ORDERED.

                         *Paul S. Gardephe*
                         Paul G. Gardephe
                         United States District Judge
                         Part I