**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WEST COAST LIFE INSURANCE
COMPANY,

                      Petitioner,                  21 **CIVIL** 5317 (VB)

            -against-                          **JUDGMENT**

SWISS RE LIFE & HEALTH AMERICA INC.,

                      Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2021, the petition to confirm the final award issued April 28, 2021, is granted and the final award is confirmed; accordingly, this case is closed**.**

**Dated**: New York, New York
         June 29, 2021

                                     **RUBY J. KRAJICK**
                                     _____
                                       **Clerk of Court**
       **BY**:
                                       **Deputy Clerk**